UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CCAP AUTO LEASE LTD.,

                Plaintiff,

v.

CITY OF MOUNT VERNON, CITY LINE
AUTO SERVICE, INC., and CYNTHIA
DEROSA,

                Defendants.
------------------------------------------------------------x

**ORDER**

21 CV 1361 (VB)

       On February 16, 2021, plaintiff commenced the instant action against defendants.

       On February 26, 2021, plaintiff docketed proofs of service indicating service on defendants on February 19, 2021. (Docs. #11-13). Accordingly, defendants had until March 12, 2021, to respond to the complaint. See Fed. R. Civ. P. 12(a)(1)(A)(i).

       To date, defendants have not answered, moved, or otherwise responded to the complaint.

       Accordingly, provided that defendants remains in default, plaintiff is ORDERED to seek a certificate of default as to defendants by **April 14, 2021**, and thereafter to move, by order to show cause and in accordance with the Court's Individual Practices, for default judgment against defendants by **April 28, 2021**. **If plaintiff fails to satisfy either deadline, the Court may dismiss the case without prejudice for failure to prosecute or failure to comply with court orders. Fed. R. Civ. P. 41(b).**

Dated: March 31, 2021
       White Plains, NY

                                        SO ORDERED:

                                        Vincent L. Briccetti
                                        United States District Judge